UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRAVIS HEEG, et al.,

    Plaintiffs,

v.

UNITED ELECTRICAL CONTRACTORS, INC.,

    Defendant.
_____/

Case No. 1:21-cv-796

Hon. Hala Y. Jarbou

# **ORDER**

    Plaintiffs' remaining claims arise under the Fair Labor Standards Act (FLSA). Before the Court is the parties' stipulation requesting approval of a settlement agreement and dismissal of the case with prejudice (ECF No. 196). The Court also received, by email, an unsigned settlement agreement.

    Rule 41(a) of the Federal Rules of Civil Procedure permits a plaintiff to dismiss their case without a court order by filing "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Through their attorneys, the parties have stipulated to dismiss the case with prejudice. Rule 41(a)(1) is subject to "any applicable federal statute." Fed. R. Civ. P. 41(a)(1)(A). "Many courts over the years have assumed that FLSA settlements—settlements between a defendant employer and a group of plaintiff-employees, each of whom have affirmatively opted into the suit—require court approval." *Gilstrap v. Sushinati LLC*, No. 1:22-cv-434, 2024 WL 2197824, at *1 (S.D. Ohio May 15, 2024). But for reasons discussed in *Gilstrap*, the FLSA does not require such approval. Nor does it require court approval to dismiss a case. No binding precedent holds otherwise. Accordingly, the "default rule" applies. *Id.* at *6. In other

words, the parties "may freely dismiss [their] lawsuit[] without court approval." *Id.* Alternatively, the Court can dismiss the case at Plaintiffs' request "on terms the Court considers proper." Fed. R. Civ. P. 41(a)(2). In light of the parties' settlement of the claims at issue, dismissal with prejudice is proper.

In summary, the Court will dismiss the case with prejudice. The Court will not render an advisory opinion on the terms of the settlement agreement. In addition, in accordance with the parties' stipulation and the acceptance of the offer of judgment by opt-in plaintiff Chase Render (ECF No. 175), the Court will enter judgment in favor of Render for $1,500. For the foregoing reasons,

**IT IS ORDERED** that **JUDGMENT** is entered against Defendant United Electrical Contractors, Inc., in favor of Chase Render for $1,500, in accordance with his acceptance of the offer of judgment. That amount includes all expenses and attorneys' fees incurred.

**IT IS FURTHER ORDERED** that the remaining claims in the case are **DISMISSED WITH PREJUDICE**, with each side to bear their own fees and costs, except as otherwise agreed between them.

**IT IS FURTHER ORDERED** that the Court declines to retain jurisdiction to enforce the terms of the parties' settlement agreement.

Dated: July 25, 2024                               /s/ Hala Y. Jarbou
                                                   HALA Y. JARBOU
                                                   CHIEF UNITED STATES DISTRICT JUDGE